

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 17, 2025

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Erik Steadman*, No. S3 S2 22 Cr. 640 (KMK)

Dear Judge Karas:

    The Government writes respectfully to request an adjournment of the deadline for the Government to submit its sentencing submission in the above-captioned matter from today, November 17, 2025, to Wednesday, November 19, 2025, in order to respond to the defendant's submission, filed on November 16, 2025. Defense counsel consents to this request.

Granted.

So Ordered.

11/17/25

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____
Margaret N. Vasu
Assistant United States Attorney
914-993-1926

cc:    Counsel of Record (via ECF)